## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re AMERICAN INVESTORS LIFE
INSURANCE CO. ANNUITY MARKETING
AND SALES PRACTICES LITIGATION

MDL No. 1712

This Document Relates to:
*DiGioia v. AmerUs Life Insurance
Company, et al.*, Case No. 2:05-cv-
05878-MAM

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff Lawrence A. DiGioia, as Executor of the Estate of Americus DiGioia, and Defendants AmerUs Life Insurance Company, American Investors Life Insurance Company, Inc., AmerUs Annuity Group Co., and AmerUs Group Co. that the above-entitled action shall be dismissed with prejudice. Each party shall bear his/her/its respective costs, fees and expenses, except to the extent otherwise expressly agreed to between the parties.

Dated: 11/30/09

Daniel E. Bacine, Esq.
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
*Attorneys for Plaintiffs*

Dated: __11/25/09__

Jason H. Gould, Esq.
JORDEN BURT LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C. 20007
(202) 965-8100

*Attorney for Defendants*

**IT IS SO ORDERED:**

Dated: __12/1/09__, 2009

Mary McLaughlin
Judge, United States District Court